**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **KENIS ADALBERTO LOPEZ GONZALEZ** | **CASE NO. 3:26-CV-01049 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARKWAYNE MULLIN ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

Considering the Voluntary Motion to Dismiss [Doc. No. 8] (styled as "Request for Dismissal by Court Order Under FRCP 41(a)(2)") filed by Petitioner, Kenis Adalberto Lopez Gonzalez,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] is hereby **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 15th day of October, 2026.

Terry A. Doughty
United States District Judge